```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
SIMONE DICKSON,                                                   :
                                                                  :
                              Plaintiff,                          :     1:22-cv-4033-GHW
                                                                  :
              -v -                                                :     ORDER
                                                                  :
DEPARTMENT OF HOMELAND SECURITY                                   :
OFFICER BARNES,                                                   :
                                                                  :
                              Defendant.                          :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/2023

GREGORY H. WOODS, United States District Judge:

This Court scheduled a combined initial pretrial conference and pre-motion conference to take place on April 18, 2023, at 9:00 a.m. Dkt. No. 26. Notice of this conference was mailed to Plaintiff Simone Dickson, who proceeds *pro se*, at two separate mailing addresses, nearly one month before the conference. *Id.*; *see also* March 20, 2023 Dkt. Entry (noting mailings). Counsel for defendant appeared at the April 18, 2023 conference. Plaintiff did not appear at that conference. Neither did Plaintiff contact the Court or opposing counsel to ask for a continuance or explain her absence. The Court therefore adjourned the April 18, 2023 conference.

The Court hereby reschedules the combined initial pretrial conference and pre-motion conference for May 4, 2023, at 3:00 p.m., in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. Plaintiff is instructed that she must appear at that conference or, if she is unable to appear, notify the Court in advance and request that the conference be scheduled for another date. **The Court warns Ms. Dickson that her case may be dismissed if she fails to appear at the May 4, 2023 conference or request that it be rescheduled**.

The Clerk of Court is directed to mail copies of this order to Plaintiff at the following addresses:

Simone Dickson
590 Third Street
#2
Albany, NY 12206

and

Simone Dickson
P.O. Box 177
SH, NY 11969

SO ORDERED.

Dated: April 19, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge